UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>JIAJIE CHEN,<br><br>　　　　Respondent. | No. 2:22-cv-02515-SVW-AS<br><br>ORDER TO SHOW CAUSE |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summons. *See United States v. Powell*, 379 U.S. 48, 57-58 (1964); *see also Crystal v. United States*, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); *United States v. Jose*, 131 F.3d 1325, 1327 (9th Cir. 1997); *Fortney v. United States*, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's prima facie case is typically made through the sworn declaration of the IRS agent who issued the summons); *accord*, *United States v. Gilleran*, 992 F.2d 232, 233 (9th Cir. 1993).

THEREFORE, IT IS ORDERED that Respondent appear before this District Court of the United States for the Central District of California in Courtroom No. 10A,

　　__X__   First Street United States Courthouse

1

        350 West First Street,

        Los Angeles, California 90012

____ Roybal Federal Building and United States Courthouse

        255 E. Temple Street,

        Los Angeles, California 90012

____ Ronald Reagan Federal Building and United States Courthouse

        411 West Fourth Street,

        Santa Ana, California 92701

____ Brown Federal Building and United States Courthouse

        3470 Twelfth Street, Riverside, California 92501

on __May 16, 2022__, at __1:30 p__.m.

and show cause why the production of books, papers, records and other data demanded in the subject Internal Revenue Service summons should not be compelled.

    IT IS FURTHER ORDERED that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declaration be served promptly upon Respondent by any employee of the Internal Revenue Service or by the United States Attorney's Office, by personal delivery, or by leaving copies of each of the foregoing documents at the Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides there, or by certified mail.

    IT IS FURTHER ORDERED that within ten (10) days after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not desire to oppose the relief sought in the Petition, nor wish to

make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

    IT IS FURTHER ORDERED that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

Dated: April 28, 2022

Hon. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

TRACY L. WILKISON
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division


 /s/ Nithya Senra
NITHYA SENRA (Cal. Bar No. 291803)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-5810
    Facsimile: (213) 894-0115
    E-mail: Nithya.Senra2@usdoj.gov

Attorneys for Petitioner
UNITED STATES OF AMERICA