UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES - GENERAL

| Case No. | 2:22-cv-02515-SVW-AS | Date | June 23, 2022 |
|---|---|---|---|
| Title | United States of America v. Jiajie Chen | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**        IN CHAMBERS ORDER CLOSING CASE


Case should have been closed on Docket Entry No. 13, dated May 17, 2022.


|  | : |
|---|---|
| Initials of Preparer | PMC |